B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sparks, Michael R** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8932** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**14 Euclid Avenue<br>Arlington Heights, IL**<br>ZIP Code **60004** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."      ■ Debts are primarily<br>business debts. |
|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10) | Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Sparks, Michael R**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

## Voluntary Petition

Name of Debtor(s):

**Sparks, Michael R**

*(This page must be completed and filed in every case)*

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael R Sparks**

Signature of Debtor  **Michael R Sparks**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December 13, 2010**

Date

#### Signature of Attorney*

X **/s/ Ilene F. Goldstein**

Signature of Attorney for Debtor(s)

**Ilene F. Goldstein**

Printed Name of Attorney for Debtor(s)

**Law Offices of Ilene F. Goldstein, Chartered**

Firm Name

**850 Central Avenue**
**Suite 200**
**Highland Park, IL 60035**

Address

**Email: ifgolds@aol.com**
**847-926-9595  Fax: 847-433-2023**

Telephone Number

**December 13, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael R Sparks**                                    Case No. _____
_____
                                        Debtor(s)         Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Michael R Sparks**
　　　　　　　　　　　　　**Michael R Sparks**

Date:  **December 13, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Michael R Sparks**  ,  Case No. _____

Debtor

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 577,733.00 | | |
| B - Personal Property | Yes | 3 | 1,475.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 525,922.34 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 224,486.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 5,699,434.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,843.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,678.55 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 579,208.00 | | |
| Total Liabilities | | | | 6,449,842.77 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael R Sparks**                                                          ,    Case No. _____

                                                        Debtor

                                                                                      Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Michael R Sparks** , Case No. _____
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 14 Euclid Avenue, Arlington Heights IL 60004** | **Tenancy by the Entirety** | J | **577,733.00** | **525,922.34** |

| | | | |
|---|---|---|---|
| Sub-Total > | **577,733.00** | (Total of this page) | |
| Total > | **577,733.00** | | |

 **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Michael R Sparks**                                    ,      Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Location: 14 Euclid Avenue, Arlington Heights IL 60004** | - | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary furnishings for a four-bedroom house at least 10-12 years old.  50 percent interest.** | - | 750.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Paintings** | - | 500.00 |
| 6.  Wearing apparel. | | **Normal and necessary** | - | 100.00 |
| 7.  Furs and jewelry. | | **Wedding ring and watch** | - | 75.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term insurance - no cash surrender value** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **1,475.00** |
|---|---|---|
|  | (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael R Sparks**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Woodfield Management LLC 100 percent, 4700 Arbor Drive, Rolling Meadows, 60008** | - | 0.00 |
| | | **Debtor owns 100 percent Sparks & Associates, currently in Chapter 7** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **W/G Kristina 123 LLC, W/G LCD LLC, W/G SPI LLC; all owned by the Debtor but defaulted on note and taken over by Pinetree Associates** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                    Sub-Total >             0.00
                                                (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Michael R Sparks**                                        ,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)
Total >     1,475.00

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Michael R Sparks**                                        ,        Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                            *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Location: 14 Euclid Avenue, Arlington Heights**<br>**IL 60004** | **735 ILCS 5/12-901** | **15,000.00** | **577,733.00** |
| **Cash on Hand**<br>**Location: 14 Euclid Avenue, Arlington Heights**<br>**IL 60004** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Household Goods and Furnishings**<br>**Ordinary furnishings for a four-bedroom house**<br>**at least 10-12 years old.  50 percent interest.** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Paintings** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel**<br>**Normal and necessary** | **735 ILCS 5/12-1001(a)** | **100.00** | **100.00** |
| **Furs and Jewelry**<br>**Wedding ring and watch** | **735 ILCS 5/12-1001(b)** | **75.00** | **75.00** |

|  |  | Total: | **16,475.00** | **579,208.00** |
|---|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __**Michael R Sparks**_____,   Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. |  |  | **Location: 14 Euclid Avenue, Arlington Heights IL 60004** |  |  |  |  |  |
| **Merrill Lynch Home Equity Services PO Box 5443 Laurel, NJ 08054-5443** |  | - |  |  |  |  |  |  |
|  |  |  | Value $             **577,733.00** |  |  |  | **191,794.00** | **0.00** |
| Account No. |  |  | **Location: 14 Euclid Avenue, Arlington Heights IL 60004** |  |  |  |  |  |
| **Northstar PO Box 650783 Dallas, TX 75265-0783** |  | - |  |  |  |  |  |  |
|  |  |  | Value $             **577,733.00** |  |  |  | **334,128.34** | **0.00** |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  | Value $ |  |  |  |  |  |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | **525,922.34** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **525,922.34** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10)

In re   **Michael R Sparks**                                                                      ,          Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Michael R Sparks**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue c/o Harvard Collection Services 4839 N. Elston Ave. Chicago, IL 60630-2534** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Kansas City, MO 64999** | - | | | | | | | 0.00 | |
| | | | | | | | 224,486.00 | | 224,486.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 224,486.00 | 224,486.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 224,486.00 | 224,486.00 |

12/13/10  1:11PM

B6F (Official Form 6F) (12/07)

In re   **Michael R Sparks**                                                ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| **12 Oaks at Northbrook Condo Assoc. 3220 Sanders Rd. #2A Northbrook, IL 60062** | | - | | | | | | | 193,280.24 |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| **A. Donato 3109 N. Nordica Chicago, IL 60634** | | | | | | | | | 2,405.00 |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| **A. Kurakula 2332 N. Sunrise Dr. Round Lake, IL 60073** | | - | | | | | | | 2,920.00 |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| **A. Patel 1309 Keenland Dr. Bartlett, IL 60103** | | - | | | | | | | 4,495.00 |

__33__  continuation sheets attached

Subtotal
(Total of this page)                                                    **203,100.24**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:39422-101118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**
                                                                        ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Business Debt/Guarantee | | | | |
| A. Singh 2309 Holmes Way Schaumburg, IL 60194 | - | | | | | | | | | 2,920.00 |
| Account No. | | | | | | Business Debt/Guarantee | | | | |
| Agarwal, D. 49 Eastwood #10 Schaumburg, IL 60195 | - | | | | | | X | | X | 1,285.00 |
| Account No. | | | | | | Business Debt/Guarantee | | | | |
| Ally, S. 75 Kristen Circle #320 Schaumburg, IL 60195 | - | | | | | | X | | X | 945.00 |
| Account No. | | | | | | Business Debt/Guarantee Subject to setoff. | | | | |
| Ally, S. 75 Kristen Circle #424 Schaumburg, IL 60195 | - | | | | | | X | | | 500.00 |
| Account No. | | | | | | Business Debt/Guarantee | | | | |
| American Chartered Bank 100 W. Higgins South Barrington, IL 60010 | - | | | | | | | | | 301,354.00 |

Sheet no. __1__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

307,004.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks**
                                                                    ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Ami Punatar 516 Hazel Dr. Schaumburg, IL 60159 | - | | | | | | | |
| | | | | | | | | 5,000.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Andrew Kanape Kestutis Sniukas 1055 Scanlon Dr., #D Wheeling, IL 60090 | - | | | | | | | |
| | | | | | | | | 235,000.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Arati Punatar 516 Hazel Dr. Schaumburg, IL 60193 | - | | | | | | | |
| | | | | | | | | 945.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Ashok Sanghavi 1622 Evergreen Place Elkhart, IN 46514 | - | | | | | | | |
| | | | | | | | | 945.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| B&B Management Vince Buflino 8044 W. Gregory Norwood, IL 60656 | - | | | | | | | |
| | | | | | | | | 18,720.00 |

Sheet no. __2___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

260,610.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks**                                    Case No. _____
                                        ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt/Guarantee | | | | |
| B. Kumar 2104 Birchwood Lane Buffalo Grove, IL 60089 | - | | | | | | | 1,460.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| B. Meier 493  Dakota Ct. Carol Stream, IL 60188 | - | | | | | | | 1,360.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Bhavna Patel 516 Hazel Dr. Schaumburg, IL 60159 | - | | | | | | | 27,500.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Bindesh Vora 1008 Southbridge Lane Schaumburg, IL 60194 | - | | | | | | | 3,035.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| C. Anantharaman 102 South Wicke Dr. Streamwood, IL 60107 | - | | | | | | | 1,460.00 |

Sheet no. __3___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,815.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks**                                                    , Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| C. Bhuvanagiri 1410 Valley Lake Dr. #205 Schaumburg, IL 60195 | - | | | | | | 1,375.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| C. Hidalgo 210 Tanglewood Dr. Streamwood, IL 60107 | - | | | | | | 1,460.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| C. Lares 2207 N. Kildare Chicago, IL 60639 | - | | | | | | 5,250.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Cee, Jacob 50 Whiteoak #4 Schaumburg, IL 60195 | - | | | X | | X | 1,500.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Chin Kim 4220 E. Hillsborough Ave. Orange, CA 92867 | - | | | | | | 1,360.00 |

Sheet no. __4___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **10,945.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks** _____ ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| Choi, Hyun Soo 75 Kristen Circle #325 Schaumburg, IL 60195 | - | | | | | X | | X | 1,250.00 |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| Chul Lee 218 Saddle Lane Fox River Grove, IL 60021 | - | | | | | | | | 2,645.00 |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| Covelli, Scott 75 Kristen Circle #215 Schaumburg, IL 60195 | - | | | | | X | | X | 700.00 |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| Cuerva, P. 75 Kristen Circle #105 Schaumburg, IL 60195 | - | | | | | X | | X | 1,100.00 |
| Account No. | | | | | Business Debt/Guarantee | | | | |
| D. Baadh 3821 Patty Berg Ct. Woodridge, IL 60517 | - | | | | | | | | 3,070.00 |

Sheet no. __5__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,765.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                          ,          Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| D. Griffin 201 Beach Breeze Palce Arverne, NY 11692 | - | | | | | | 2,990.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| D. Khan 2011 N. Kennicott Arlington Heights, IL 60004 | - | | | | | | 2,610.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| D. Lares 926 Parker Dr. Schaumburg, IL 60193 | - | | | | | | 3,210.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| D. Shinde 813 Pleasant Walk Schaumburg, IL 60193 | - | | | | | | 1,575.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| D. Zhong 3111 Indian Creek Dr. Buffalo Grove, IL 60089 | - | | | | | | 945.00 |

Sheet no. __6__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,330.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks**                                          , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| **Dept. of Financial and Professional Division of Professional Regulation 100 W. Randolph, Suite 9-300 Chicago, IL 60601** | - | | | X | X | X | **Unknown** |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Donato, A. 75 Kristen Circle #108 Schaumburg, IL 60195** | - | | | X | | X | **700.00** |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Donato, A. 75 Kristen Circle #319 Schaumburg, IL 60195** | - | | | X | | X | **1,225.00** |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Dwivedy, M. 75 Kristen Circle #522 Schaumburg, IL 60195** | - | | | X | | X | **250.00** |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Ed Seward 6437 N. Nokomis Ave. Chicago, IL 60646** | - | | | | | | **1,100.00** |

Sheet no. __7___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,275.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Edward Baj <br> 2141 W. Silverleaf Dr. <br> Addison, IL 60101 | - | | | Business Debt/Guarantee | | | | 1,145.00 |
| Account No. <br><br> Fazal, N. <br> 75 Kristen Circle <br> #114 <br> Schaumburg, IL 60195 | - | | | Business Debt/Guarantee | X | | X | 945.00 |
| Account No. <br><br> Fontillas, G. <br> 23 Crestwood <br> #6 <br> Schaumburg, IL 60195 | - | | | Business Debt/Guarantee | X | | X | 1,300.00 |
| Account No. <br><br> G. Khaitan <br> 134 N. Manchester Lane <br> Bloomingdale, IL 60108 | - | | | Business Debt/Guarantee | | | | 1,145.00 |
| Account No. **xxxxl000** <br><br> Gajda Health Center <br> 800 E. Northwest Highway <br> Palatine, IL 60074 | - | | | Medical | | | | 4,809.39 |

Sheet no. __8___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,344.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael R Sparks**                                      ,         Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt/Guarantee | | | | |
| George Savoy Trust & Estate of George Savoy 102 N. Cook St. Barrington, IL 60011-0563 | - | | | | | | | 131,500.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Ghosh, D. 4 Sleepy Hollow #4 Schaumburg, IL 60195 | - | | | | X | | X | 1,160.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Ghosh, D. 75 Kristen Circle #301 Schaumburg, IL 60195 | - | | | | X | | X | 945.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Gould & Ratner 222 N. LaSalle St. Suite 800 Chicago, IL 60601 | - | | | | | | | 21,559.41 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| H. Chai 12125 Leighton Dr. Caledonia, IL 61011 | - | | | | | | | 1,460.00 |

Sheet no. __9___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    156,624.41

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Business Debt/Guarantee | | | | |
| H. Kapasia 2601 Cedar View Dr. Arlington Heights, IL 60004 | - | | | | | | | | | 1,575.00 |
| Account No. | | | | | | Business Debt/Guarantee | | | | |
| Ha, Khampniou 75 Kristen Circle #223 Schaumburg, IL 60195 | - | | | | | | X | | X | 1,010.00 |
| Account No. | | | | | | Business Debt/Guarantee | | | | |
| Habib, A. 75 Kristen Circle #107 Schaumburg, IL 60195 | - | | | | | | X | | X | 945.00 |
| Account No. | | | | | | Business Debt/Guarantee | | | | |
| Han, Samuel 75 Kristen Circle #514 Schaumburg, IL 60195 | - | | | | | | X | | X | 1,020.00 |
| Account No. | | | | | | Business Debt/Guarantee | | | | |
| Hedke, N. 75 Kristen Circle #425 Schaumburg, IL 60195 | - | | | | | | X | | X | 1,300.00 |

Sheet no. __10__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,850.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks**
                                                                    ,        Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| Hong, J. 75 Kristen Circle #506 Schaumburg, IL 60195 | - | | | X | | X | 725.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Hur, Bradley 75 Kristen Circle #205 Schaumburg, IL 60195 | - | | | X | | X | 990.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| I Virdi 107 N. Summit Dr. Schaumburg, IL 60195 | - | | | | | | 1,495.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| J. Batra 323 Monte Vista Ave. #210 Oakland, CA 94611 | - | | | | | | 2,860.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| J. Patel 1602 Palisades Lane Hoffman Estates, IL 60192 | - | | | | | | 3,150.00 |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,220.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael R Sparks**                                                      ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| J. Peters 6N996 Sauber Rd. Virgil, IL 60151 | | - | | | | | 1,460.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| J. Shah 8421 Ridgeway Ave. Skokie, IL 60076 | | - | | | | | 1,475.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| J. Shieh 963 Campbell Dr. Naperville, IL 60563 | | - | | | | | 1,475.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| J. Wang 827 Knightsbridge Lane Schaumburg, IL 60195 | | - | | | | | 1,475.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| James Mansfield 1 4 Navajo Court Burr Ridge, IL 60527 | | - | | | | | 100,000.00 |

Sheet no. __12__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

105,885.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                                ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  James Mansfield 2 4 Navajo Court Burr Ridge, IL 60527 | - | | Business Debt/Guarantee | | | | 28,520.76 |
| Account No.  John Klepitsch 1236 Inverrary Lane #1A Palatine, IL 60074 | - | | Business Debt/Guarantee | | | | 121,560.33 |
| Account No.  K. Devineni 980 Ponderosa Lane Barrington, IL 60010 | - | | Business Debt/Guarantee | | | | 0.00 |
| Account No.  K. Nanavati 9201 N. Ashland Ave. Niles, IL 60714 | - | | Business Debt/Guarantee | | | | 1,460.00 |
| Account No.  K. Patel 2319 Driftwood Lane Hanover Park, IL 60133 | - | | Business Debt/Guarantee | | | | 2,920.00 |

Sheet no. __13__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

154,461.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks**                                                    , Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Kanaiyal M. Patel 2319 Driftwood Hanover Park, IL 60633 | - | | | | | | | 66,000.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Karingada 75 Kristen Circle #106 Schaumburg, IL 60195 | - | | | | X | | X | 1,100.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Kim, In Young 33 Idlewild #5 Schaumburg, IL 60195 | - | | | | X | | X | 815.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Kim, Joshua 75 Kristen Circle #5 Schaumburg, IL 60195 | - | | | | X | | X | 1,285.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Kim, Yong Sup 75 Kristen Circle #423 Schaumburg, IL 60195 | - | | | | X | | X | 1,100.00 |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,300.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks** _____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Klepitsch, John c/o Lawrence J. Falli 2563 W. Montrose Chicago, IL 60618 | - | | | | X | X | X | 208,999.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Koh, Kyung 109 Whiteoak #5 Schaumburg, IL 60195 | - | | | | X | | X | 1,335.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Koh, Kyung 109 Whiteoak #10 Schaumburg, IL 60195 | - | | | | X | | X | 1,285.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Koh, Kyung 75 Kristen Circle #418 Schaumburg, IL 60195 | - | | | | X | | X | 730.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Kris Kim 961 Freeman Rd. Hoffman Estates, IL 60192 | - | | | | | | | 1,460.00 |

Sheet no. __15__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

213,809.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                                                     , Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| Kristina J. Sparks<br>14 E. Euclid<br>Arlington Heights, IL 60004 | - | | | | | | 192,000.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| L. Pothanker<br>1176 Sumac Trail<br>Hoffman Estates, IL 60192 | - | | | | | | 1,360.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Lalani<br>75 Kristen Circle<br>#307<br>Schaumburg, IL 60195 | - | | | X | | X | 2,240.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Leahy, G.<br>75 Kristen Circle<br>#422<br>Schaumburg, IL 60195 | - | | | X | | X | 1,010.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Lee, Hyung<br>75 Kristen Circle<br>#308<br>Schaumburg, IL 60195 | - | | | X | | X | 1,100.00 |

Sheet no. __16__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

197,710.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael R Sparks**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| Lee, Isabel 16 Whiteoak #5 Schaumburg, IL 60195 | - | | | X | | X | 865.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Lee, Isabel 75 Kristen Circle #401 Schaumburg, IL 60195 | - | | | X | | X | 945.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Lee, Joseph 75 Kristen Circle #304 Schaumburg, IL 60195 | - | | | X | | X | 500.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Lee, Mee Sook 75 Kristen Circle #217 Schaumburg, IL 60195 | - | | | X | | X | 1,010.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Leonard, S. 75 Kristen Circle #125 Schaumburg, IL 60195 | - | | | X | | X | 1,250.00 |

Sheet no. __17__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,570.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                          ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| Lim, Michael 110 Kristen Circle #5 Schaumburg, IL 60195 | - | | | X | | X | 1,220.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| M. Arceo 611 W. Patterson #215 Chicago, IL 60613 | - | | | | | | 1,610.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| M. Gade 1365 Greenbrook Ct. Hanover Park, IL 60133 | - | | | | | | 1,460.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| M. Gomez 2426 N. Newcastle Chicago, IL 60707 | - | | | | | | 1,750.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| M. Krishnamurthy 1237 S. Old Forge Ct. Palatine, IL 60067 | - | | | | | | 1,360.00 |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **7,400.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael R Sparks**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| M. Rhode 4916 N. Clifton Norridge, IL 60706 | - | | | | | | 1,955.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| M. Santiago 2318 N. Springfield Ave. Chicago, IL 60647 | - | | | | | | 1,360.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| M. Siddiqui 26 Prairie Pointe Lane Streamwood, IL 60107 | - | | | | | | 1,550.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| M. Soni 2226 Brent Court Schaumburg, IL 60194 | - | | | | | | 1,460.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Makund Patel 516 Hazel Dr. Schaumburg, IL 60159 | - | | | | | | 27,500.00 |

Sheet no. __19__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,825.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| **Maranan 80 Kristen Circle #2 Schaumburg, IL 60195** | - | | | X | | X | 1,575.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Mary Ellen Saccoccio 3 Ocean St. Quincy, MA 02171** | - | | | | | | 945.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Masinovic, V. 32 Kristen Circle #4 Schaumburg, IL 60195** | - | | | X | | X | 1,535.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Michael I. Sparks 14 E. Euclid Arlington Heights, IL 60004** | - | | | | | | 20,000.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **N. Alvarez 814 N.12th St. Melrose Park, IL 60160** | - | | | | | | 2,705.00 |

Sheet no. __20__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     26,760.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **N. Basati** <br> **746 N. Victoria Dr.** <br> **Palatine, IL 60074** | - | | | **Business Debt/Guarantee** | | | | **1,495.00** |
| Account No. <br><br> **N. Desai** <br> **39 Harrison Lane** <br> **Streamwood, IL 60107** | - | | | **Business Debt/Guarantee** | | | | **1,460.00** |
| Account No. <br><br> **N. Rao** <br> **1541 Revere Circle** <br> **Schaumburg, IL 60193** | - | | | **Business Debt/Guarantee** | | | | **2,920.00** |
| Account No. <br><br> **N. Shah** <br> **4170 Portage Lane** <br> **Hoffman Estates, IL 60192** | - | | | **Business Debt/Guarantee** | | | | **1,245.00** |
| Account No. <br><br> **N. Surve** <br> **26889 W. Taylor** <br> **Barrington, IL 60010** | - | | | **Business Debt/Guarantee** | | | | **2,920.00** |

Sheet no. __21__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,040.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Nallan, S. 1 Sleepy Hollow #1 Schaumburg, IL 60195 | - | | | | X | | X | 1,145.00 |
| Account No. | | | | Medical | | | | |
| North Community Hospital 800 W. Central Ave. Arlington Heights, IL 60004 | - | | | | | | | 955.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| P. Balaraju 112 New Haven Dr. Cary, IL 60013 | - | | | | | | | 1,460.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| P. Braich 10421 S. Alta Dr. Palos Hills, IL 60465-1707 | - | | | | | | | 3,110.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| P. Cuerva 202 Southwicke Dr. Streamwood, IL 60107 | - | | | | | | | 1,460.00 |

Sheet no. __22__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,130.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks**                      ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt/Guarantee | | | | |
| P. Kubiak 15 E. 94th St. New York, NY 10128 | - | | | | | | | 1,145.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| P. Mann 12454 Rosewood Dr. Homer Glen, IL 60491 | - | | | | | | | 1,595.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| P. Martinez 519 Argyll Schaumburg, IL 60195 | - | | | | | | | 1,750.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Patel, Dipali 80 Kristen Circle #1 Schaumburg, IL 60195 | - | | | | X | | X | 3,140.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Patrick Sparks 721 E. South Broadway Lombard, IL 60148 | - | | | | | | | 100,000.00 |

Sheet no. __23__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal (Total of this page)     **107,630.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Patrick Sparks 721 E. South Broadway Lombard, IL 60148 | - | | | | | | | 30,000.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Pinetree Acquisitions 40 N. Skokie Blvd., Suite 610 Attn:  Peter Borzak Northbrook, IL 60062 | - | | | | X | X | | 2,800,000.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Prabhakar Verravalli 2001 Hollywood Ct. Hanover Park, IL 60133 | - | | | | | | | 15,000.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Pugasa, E. 9 Willow Brook #9 Schaumburg, IL 60195 | - | | | | X | | X | 1,010.00 |
| Account No. | | | | Business Debt/Guarantee | | | | |
| Puppala, Ramana 75 Kristen Circle #504 Schaumburg, IL 60195 | - | | | | X | | X | 1,025.00 |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,847,035.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael R Sparks** ,                                    Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| **Puppala, Ramana 75 Kristen Circle #508 Schaumburg, IL 60195** | - | | | X | | X | 3,250.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **R. Janz 321 Charlotte Court 2 Schaumburg, IL 60193** | - | | | | | | 1,350.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **R. McCarthy 606 S. Roselle Rd. Schaumburg, IL 60193** | - | | | | | | 1,460.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **R. Sandhu 2807 Davenport Dr. West Chicago, IL 60185** | - | | | | | | 1,535.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **R. Shrivastava 200 W. Thacker St. Schaumburg, IL 60195** | - | | | | | | 1,460.00 |

Sheet no. __25__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **9,055.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**
                                                        ,                Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| **Ramana Puppala 8 Red Hill Lane Barrington, IL 60010** | - | | | | | | 1,750.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Ronald and Sylvia Rosinski 4531 E. Becker Lane Phoenix, AZ 85028** | - | | | | | | 125,000.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Ronald and Sylvia Rosinski 4531 E. Becker Lane Phoenix, AZ 85028** | - | | | | | | 100,000.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Rose Barnhart 11 Hickory Lane Algonquin, IL 60102** | - | | | | | | 20,000.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **S. Bobolis 1511 W. Birchwood #1F Chicago, IL 60626** | - | | | | | | 1,475.00 |

Sheet no. __26__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

248,225.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>S. Jadhav<br>6840 Redwing Dr.<br>Woodridge, IL 60517 | | - | Business Debt/Guarantee | | | | 1,460.00 |
| Account No.<br><br>S. Kwon<br>2718 N. Greenwood<br>Arlington Heights, IL 60004 | | - | Business Debt/Guarantee | | | | 2,660.00 |
| Account No.<br><br>S. Martins<br>1158 Fox Path<br>West Dundee, IL 60118 | | - | Business Debt/Guarantee | | | | 1,575.00 |
| Account No.<br><br>S. Pinto<br>102 Buckskin Lane<br>Streamwood, IL 60107 | | - | Business Debt/Guarantee | | | | 1,575.00 |
| Account No.<br><br>S. Surve<br>26899 W. Taylor<br>Barrington, IL 60010 | | - | Business Debt/Guarantee | | | | 1,460.00 |

Sheet no. __27__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,730.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**
                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| Sachin Patel 11 Sandlewood Ct. Streamwood, IL 60107 | - | | | | | | 1,460.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Sam Oh 21 Ridgewood Rd. Elk Grove Village, IL 60007 | - | | | | | | 1,375.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Samuel Kim 2211 Mint Lane Glenview, IL 60026 | - | | | | | | 1,510.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| San Juan, A. 57 Eastwood #10 Schaumburg, IL 60195 | - | | | X | | X | 250.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Sarojini and Naval Surve 26899 W. Taylor Rd. Barrington, IL 60010 | - | | | | | | 150,000.00 |

Sheet no. __28__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

154,595.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                      ,      Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Scott's Lawn Service** **PO Box 742585** **Cincinnati, OH 45274-2585** | - | | | | | | 252.30 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Shil Punatar** **516 Hazel Dr.** **Schaumburg, IL 60159** | - | | | | | | 5,000.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **Sun Ja Lee** **34732 Cemetery Rd.** **Gurnee, IL 60031** | - | | | | | | 2,570.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **T. Berg** **2500 W. Higgins Rd.** **#1203** **Hoffman Estates, IL 60169** | - | | | | | | 4,080.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| **T. Mendoza** **706 Norwood Lane** **Schaumburg, IL 60193** | - | | | | | | 1,460.00 |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,362.30

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                              ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **T. Rohde** <br> **4055 N. Southport** <br> **#1** <br> **Chicago, IL 60613** | - | | Business Debt/Guarantee | | | | 1,460.00 |
| Account No. <br><br> **Tae Hyun Kim** <br> **821 S. California Ave.** <br> **Palatine, IL 60193** | - | | Business Debt/Guarantee | | | | 1,360.00 |
| Account No. **x3598** <br><br> **The Flag Lady Corporation** <br> **1447 Hodlmair Ln.** <br> **Elk Grove Village, IL 60007** | | | Business Debt/Guarantee <br> 12 Oaks/Woodfield | | | X | 2,557.67 |
| Account No. <br><br> **TSB Group LLC** <br> **1515 E. Woodfield Rd.** <br> **2nd Fl.** <br> **Schaumburg, IL 60173** | - | | Business Debt/Guarantee | | | | 106,633.33 |
| Account No. <br><br> **U. Devineni** <br> **1987 Angelica Lane** <br> **Bartlett, IL 60103** | - | | Business Debt/Guarantee | | | | 1,460.00 |

Sheet no. __**30**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**113,471.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                    ,        Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Upper Cervical Center Inc.**<br>**13 W. Wise Road**<br>**Schaumburg, IL 60173** | - | | **Medical** | | | | 328.00 |
| Account No.<br><br>**Urvish and Arati Punatar**<br>**516 Hazel Dr.**<br>**Schaumburg, IL 60159** | - | | **Business Debt/Guarantee** | | | | 72,000.00 |
| Account No.<br><br>**V. Niou**<br>**1170 Forest Ave.**<br>**Palo Alto, CA 94301** | - | | **Business Debt/Guarantee** | | | | 1,475.00 |
| Account No.<br><br>**V. Palani**<br>**46 Inverway**<br>**Inverness, IL 60067** | - | | **Business Debt/Guarantee** | | | | 4,225.00 |
| Account No.<br><br>**V. Patel**<br>**800 Stanford Lane**<br>**Carol Stream, IL 60188** | - | | **Business Debt/Guarantee** | | | | 1,460.00 |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,488.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael R Sparks**                                      ,        Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Business Debt/Guarantee | | | | |
| V. Villalobos 210 Penny Ave. #A78 East Dundee, IL 60118 | | | | | | | 1,750.00 |
| Account No. | | - | Business Debt/Guarantee | | | | |
| Venkateswar 801 Linden Circle Hoffman Estates, IL 60169 | | | | | | | 2,750.00 |
| Account No. | | - | Business Debt/Guarantee | | | | |
| Verma, R. 75 Kristen Circle #518 Schaumburg, IL 60195 | | | | X | | X | 1,065.00 |
| Account No. | | - | Business Debt/Guarantee | | | | |
| Vinay Patel 800 Stanford Lane Carol Stream, IL 60188 | | | | | | | 2,290.00 |
| Account No. | | - | Business Debt/Guarantee | | | | |
| Yong Sup Kim 1027 W. Beagle Run Loop Hernandez, FL 34442-6249 | | | | | | | 1,010.00 |

Sheet no. __32__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,865.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael R Sparks**                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| Yoon Heacha 33 Idlewood #5 Schaumburg, IL 60195 | - | | | X | | X | 1,300.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Yoon, Heacha 75 Kristen Circle #317 Schaumburg, IL 60195 | - | | | X | | X | 1,010.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Z. Baccay 1424  Essex Dr. Hoffman Estates, IL 60192 | - | | | | | | 1,360.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Zmuda, F. 32 Kristen Circle #7 Schaumburg, IL 60195 | - | | | X | | X | 1,535.00 |
| Account No. | | | Business Debt/Guarantee | | | | |
| Zubeda and Yakub Patel 839 Turtle Creek Ct. Naperville, IL 60563 | - | | | | | | 250,000.00 |

Sheet no.  __33__  of  __33__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        255,205.00

Total
(Report on Summary of Schedules)        5,699,434.43

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Michael R Sparks**                                          ,          Case No. _____
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

____0____

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Michael R Sparks**                                                                ,        Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Michael R Sparks** _____    Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Student** |
| Name of Employer | **Retired** | **Unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
| (Specify): **Social Security** | $ 1,843.00 | $ 0.00 |
| **Unemployment** | $ 1,000.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,843.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,843.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,843.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6J (Official Form 6J) (12/07)**

In re  **Michael R Sparks**                                                    Case No. _____
                                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,648.55 |
| a. Are real estate taxes included?      Yes  **X**      No ___ | | |
| b. Is property insurance included?      Yes ___      No  **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 100.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 150.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 60.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 400.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 40.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 170.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,678.55 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 2,843.00 |
| b.    Average monthly expenses from Line 18 above | $ | 5,678.55 |
| c.    Monthly net income (a. minus b.) | $ | -2,835.55 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Michael R Sparks**                                                                              Case No.
                                           Debtor(s)                    Chapter        **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **48**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 13, 2010**                              Signature   **/s/ Michael R Sparks**
                                                                     **Michael R Sparks**
                                                                     Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                            18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Michael R Sparks**                                                                 Case No.
                                           Debtor(s)                        Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2007 shows a loss of $807,113.00** |
| **$0.00** | **2008 not filed (will show a loss)** |
| **$0.00** | **2009 not yet filed (will show a loss)  Debtor also receives social security** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

---

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Department of Financial and Professional Regulation v. Michael R. Sparks and Sparks and Assoc., 2010-04510** | **Regulatory** | **State of Illinois** | **Pending** |
| **Pine Tree DK Rolling Meadows Development v. Kristina 123 et al., 10 CH 26362** | **Damages and Injunction** | **In the Circuit Court of Cook County, Illinois, Chancery Division** | **Pending** |
| **Klepitsch v. Sparks & Associates et al., 2010L012808** | **Fraud** | **Circuit Court of Cook County, Law Division** | **Pending** |
| **American Chartered Bank v. Sparks Associates Inc. et al., 2010-L-051770** | **Confession of Judgment** | **Cook County** | **Confession of Judgment** |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pinetree Acquisitions LLC**<br>**40 Skokie Blvd.**<br>**Suite 610**<br>**Attn:  Peter Borzak**<br>**Northbrook, IL 60062** | | **Apartment/condo conversion was taken over by lender Pinetree Acquisitions when Debtor's various companies and Debtor could not make payment.** |

---

**5.  Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Ilene F. Goldstein, Chart 850 Central Avenue Suite 200 Highland Park, IL 60035** | | **$7,000.00** |
| **Law Offices of Ilene F. Goldstein, Chart 850 Central Avenue Suite 200 Highland Park, IL 60035** | | **Filing fee $299 Paid for classes required by BAPCPA** |

**10. Other transfers**

None
☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Carmax** | **October 2010** | **2006 Lexus received $16,000.00 $6,000.00 went to IFG Chtd. for retainer; $2,450.00 went to pay bills; $5,000.00 went to pay accountants to do the '08 and '09 tax returns** |

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **MB Financial** | **Money Market checking account and life insurance checking account** | |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **W/G Kristina 123 LLC** | 20-1206873 | | **Real estate management** | **2004-2010** |
| **W/G LCD LLC** | 36-3859591 | | **Real estate management** | **2004-2010** |
| **W/G SPI LLC** | 61-1411736 | | **Real estate management** | **2004-2010** |
| **Woodfield Management LLC** | 26-4461611 | | **Real estate management** | **April 2010 to present** |
| **Sparks & Associates** | 36-2838864 | | **Property management filed bankruptcy in 2010** | **1985 to 2010** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ansell Edidin** | |
| **Kessler Orleen & Silver** | |
| **1101 Lake Cook Rd., Suite C** | |
| **Deerfield, IL 60015** | |
| | |
| **Curtis Craddock** | **Has books in his home** |

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **December 13, 2010**        Signature   **/s/ Michael R Sparks**

**Michael R Sparks**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael R Sparks** _____  Case No. _____
Debtor(s)  Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

Property No. 1

| Creditor's Name: **Merrill Lynch Home Equity Services** | Describe Property Securing Debt: **Location: 14 Euclid Avenue, Arlington Heights IL 60004** |
|---|---|

Property will be (check one):
  ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain _**Voluntary Payments**_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt            ☐ Not claimed as exempt

Property No. 2

| Creditor's Name: **Northstar** | Describe Property Securing Debt: **Location: 14 Euclid Avenue, Arlington Heights IL 60004** |
|---|---|

Property will be (check one):
  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain _**Vonuntary payments**_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt            ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

Property No. 1

| Lessor's Name: **-NONE-** | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES        ☐ NO |
|---|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B8 (Form 8) (12/08)                                                                                                          **Page 2**

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **December 13, 2010**                    Signature  **/s/ Michael R Sparks**

**Michael R Sparks**

Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael R Sparks**
_____     Case No. _____
                                  Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,000.00** |
| Prior to the filing of this statement I have received | $ | **7,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor      □ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor      □ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 13, 2010**
_____

                           **/s/ Ilene F. Goldstein**
                           **Ilene F. Goldstein**
                           **Law Offices of Ilene F. Goldstein, Chartered**
                           **850 Central Avenue**
                           **Suite 200**
                           **Highland Park, IL 60035**
                           **847-926-9595  Fax: 847-433-2023**
                           **ifgolds@aol.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)                                                                    Page 2

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael R Sparks**

_____
Debtor(s)

Case No. _____

Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Michael R Sparks** | X **/s/ Michael R Sparks** | **December 13, 2010** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known)  _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael R Sparks**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **183**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **December 13, 2010**

**/s/ Michael R Sparks**
**Michael R Sparks**
Signature of Debtor

12 Oaks at Northbrook Condo Assoc.
3220 Sanders Rd.
#2A
Northbrook, IL 60062


A. Donato
3109 N. Nordica
Chicago, IL 60634


A. Kurakula
2332 N. Sunrise Dr.
Round Lake, IL 60073


A. Patel
1309 Keenland Dr.
Bartlett, IL 60103


A. Singh
2309 Holmes Way
Schaumburg, IL 60194


Agarwal, D.
49 Eastwood
#10
Schaumburg, IL 60195


Ally, S.
75 Kristen Circle
#320
Schaumburg, IL 60195


Ally, S.
75 Kristen Circle
#424
Schaumburg, IL 60195


American Chartered Bank
100 W. Higgins
South Barrington, IL 60010


Ami Punatar
516 Hazel Dr.
Schaumburg, IL 60159

Andrew Kanape
Kestutis Sniukas
1055 Scanlon Dr., #D
Wheeling, IL 60090


Arati Punatar
516 Hazel Dr.
Schaumburg, IL 60193


Ashok Sanghavi
1622 Evergreen Place
Elkhart, IN 46514


B&B Management
Vince Buflino
8044 W. Gregory
Norwood, IL 60656


B. Kumar
2104 Birchwood Lane
Buffalo Grove, IL 60089


B. Meier
493  Dakota Ct.
Carol Stream, IL 60188


Bhavna Patel
516 Hazel Dr.
Schaumburg, IL 60159


Bindesh Vora
1008 Southbridge Lane
Schaumburg, IL 60194


Bruce Boruszak
40 N. Skokie Blvd.
Suite 610
Northbrook, IL 60062


C. Anantharaman
102 South Wicke Dr.
Streamwood, IL 60107

C. Bhuvanagiri
1410 Valley Lake Dr.
#205
Schaumburg, IL 60195


C. Hidalgo
210 Tanglewood Dr.
Streamwood, IL 60107


C. Lares
2207 N. Kildare
Chicago, IL 60639


Cee, Jacob
50 Whiteoak
#4
Schaumburg, IL 60195


Chin Kim
4220 E. Hillsborough Ave.
Orange, CA 92867


Choi, Hyun Soo
75 Kristen Circle
#325
Schaumburg, IL 60195


Chul Lee
218 Saddle Lane
Fox River Grove, IL 60021


Claire Krohn
Hauselman, Rappin et al.
39 S. LaSalle, Suite 1105
Chicago, IL 60603


Covelli, Scott
75 Kristen Circle
#215
Schaumburg, IL 60195


Cuerva, P.
75 Kristen Circle
#105
Schaumburg, IL 60195

D. Baadh
3821 Patty Berg Ct.
Woodridge, IL 60517


D. Griffin
201 Beach Breeze Palce
Arverne, NY 11692


D. Khan
2011 N. Kennicott
Arlington Heights, IL 60004


D. Lares
926 Parker Dr.
Schaumburg, IL 60193


D. Shinde
813 Pleasant Walk
Schaumburg, IL 60193


D. Zhong
3111 Indian Creek Dr.
Buffalo Grove, IL 60089


Dept. of Financial and Professional
Division of Professional Regulation
100 W. Randolph, Suite 9-300
Chicago, IL 60601


Dept. of Financial and Professional
Attn: Dan Faermark
100 W. Randolph, Suite 9-300
Chicago, IL 60601


Donato, A.
75 Kristen Circle
#108
Schaumburg, IL 60195


Donato, A.
75 Kristen Circle
#319
Schaumburg, IL 60195

Dwivedy, M.
75 Kristen Circle
#522
Schaumburg, IL 60195


Ed Seward
6437 N. Nokomis Ave.
Chicago, IL 60646


Edward Baj
2141 W. Silverleaf Dr.
Addison, IL 60101


Fazal, N.
75 Kristen Circle
#114
Schaumburg, IL 60195


Fontillas, G.
23 Crestwood
#6
Schaumburg, IL 60195


G. Khaitan
134 N. Manchester Lane
Bloomingdale, IL 60108


Gajda Health Center
800 E. Northwest Highway
Palatine, IL 60074


George Savoy
Trust & Estate of George Savoy
102 N. Cook St.
Barrington, IL 60011-0563


Ghosh, D.
4 Sleepy Hollow
#4
Schaumburg, IL 60195


Ghosh, D.
75 Kristen Circle
#301
Schaumburg, IL 60195

Gould & Ratner
222 N. LaSalle St.
Suite 800
Chicago, IL 60601


Greco Law Offices
925 N. Plum Grove Rd.
Woodfield Office Court, Suite A
Schaumburg, IL 60173


H. Chai
12125 Leighton Dr.
Caledonia, IL 61011


H. Kapasia
2601 Cedar View Dr.
Arlington Heights, IL 60004


Ha, Khampniou
75 Kristen Circle
#223
Schaumburg, IL 60195


Habib, A.
75 Kristen Circle
#107
Schaumburg, IL 60195


Han, Samuel
75 Kristen Circle
#514
Schaumburg, IL 60195


Hedke, N.
75 Kristen Circle
#425
Schaumburg, IL 60195


Hong, J.
75 Kristen Circle
#506
Schaumburg, IL 60195

Hur, Bradley
75 Kristen Circle
#205
Schaumburg, IL 60195


I Virdi
107 N. Summit Dr.
Schaumburg, IL 60195


Illinois Department of Revenue
c/o Harvard Collection Services
4839 N. Elston Ave.
Chicago, IL 60630-2534


Internal Revenue Service
Kansas City, MO 64999


J. Batra
323 Monte Vista Ave.
#210
Oakland, CA 94611


J. Patel
1602 Palisades Lane
Hoffman Estates, IL 60192


J. Peters
6N996 Sauber Rd.
Virgil, IL 60151


J. Shah
8421 Ridgeway Ave.
Skokie, IL 60076


J. Shieh
963 Campbell Dr.
Naperville, IL 60563


J. Wang
827 Knightsbridge Lane
Schaumburg, IL 60195

James Mansfield 1
4 Navajo Court
Burr Ridge, IL 60527

James Mansfield 2
4 Navajo Court
Burr Ridge, IL 60527

Jay A. Gitles
Seyfarth Shaw LLP
131 S. Dearborn, Suite 2400
Chicago, IL 60603

John Klepitsch
1236 Inverrary Lane
#1A
Palatine, IL 60074

K. Devineni
980 Ponderosa Lane
Barrington, IL 60010

K. Nanavati
9201 N. Ashland Ave.
Niles, IL 60714

K. Patel
2319 Driftwood Lane
Hanover Park, IL 60133

Kanaiyal M. Patel
2319 Driftwood
Hanover Park, IL 60633

Karingada
75 Kristen Circle
#106
Schaumburg, IL 60195

Kim, In Young
33 Idlewild
#5
Schaumburg, IL 60195

Kim, Joshua
75 Kristen Circle
#5
Schaumburg, IL 60195


Kim, Yong Sup
75 Kristen Circle
#423
Schaumburg, IL 60195


Klepitsch, John
c/o Lawrence J. Falli
2563 W. Montrose
Chicago, IL 60618


Koh, Kyung
109 Whiteoak
#5
Schaumburg, IL 60195


Koh, Kyung
109 Whiteoak
#10
Schaumburg, IL 60195


Koh, Kyung
75 Kristen Circle
#418
Schaumburg, IL 60195


Kris Kim
961 Freeman Rd.
Hoffman Estates, IL 60192


Kristina J. Sparks
14 E. Euclid
Arlington Heights, IL 60004


L. Pothanker
1176 Sumac Trail
Hoffman Estates, IL 60192


Lalani
75 Kristen Circle
#307
Schaumburg, IL 60195

Leahy, G.
75 Kristen Circle
#422
Schaumburg, IL 60195


Lee, Hyung
75 Kristen Circle
#308
Schaumburg, IL 60195


Lee, Isabel
16 Whiteoak
#5
Schaumburg, IL 60195


Lee, Isabel
75 Kristen Circle
#401
Schaumburg, IL 60195


Lee, Joseph
75 Kristen Circle
#304
Schaumburg, IL 60195


Lee, Mee Sook
75 Kristen Circle
#217
Schaumburg, IL 60195


Leonard, S.
75 Kristen Circle
#125
Schaumburg, IL 60195


Lim, Michael
110 Kristen Circle
#5
Schaumburg, IL 60195


M. Arceo
611 W. Patterson
#215
Chicago, IL 60613

M. Gade
1365 Greenbrook Ct.
Hanover Park, IL 60133


M. Gomez
2426 N. Newcastle
Chicago, IL 60707


M. Krishnamurthy
1237 S. Old Forge Ct.
Palatine, IL 60067


M. Rhode
4916 N. Clifton
Norridge, IL 60706


M. Santiago
2318 N. Springfield Ave.
Chicago, IL 60647


M. Siddiqui
26 Prairie Pointe Lane
Streamwood, IL 60107


M. Soni
2226 Brent Court
Schaumburg, IL 60194


Makund Patel
516 Hazel Dr.
Schaumburg, IL 60159


Maranan
80 Kristen Circle
#2
Schaumburg, IL 60195


Mary Ellen Saccoccio
3 Ocean St.
Quincy, MA 02171


Masinovic, V.
32 Kristen Circle
#4
Schaumburg, IL 60195

Merrill Lynch Home Equity Services
PO Box 5443
Laurel, NJ 08054-5443


Michael I. Sparks
14 E. Euclid
Arlington Heights, IL 60004


N. Alvarez
814 N.12th St.
Melrose Park, IL 60160


N. Basati
746 N. Victoria Dr.
Palatine, IL 60074


N. Desai
39 Harrison Lane
Streamwood, IL 60107


N. Rao
1541 Revere Circle
Schaumburg, IL 60193


N. Shah
4170 Portage Lane
Hoffman Estates, IL 60192


N. Surve
26889 W. Taylor
Barrington, IL 60010


Nallan, S.
1 Sleepy Hollow
#1
Schaumburg, IL 60195


North Community Hospital
800 W. Central Ave.
Arlington Heights, IL 60004


Northstar
PO Box 650783
Dallas, TX 75265-0783

P. Balaraju
112 New Haven Dr.
Cary, IL 60013


P. Braich
10421 S. Alta Dr.
Palos Hills, IL 60465-1707


P. Cuerva
202 Southwicke Dr.
Streamwood, IL 60107


P. Kubiak
15 E. 94th St.
New York, NY 10128


P. Mann
12454 Rosewood Dr.
Homer Glen, IL 60491


P. Martinez
519 Argyll
Schaumburg, IL 60195


Patel, Dipali
80 Kristen Circle
#1
Schaumburg, IL 60195


Patrick Sparks
721 E. South Broadway
Lombard, IL 60148


Patrick Sparks
721 E. South Broadway
Lombard, IL 60148


Pinetree Acquisitions
40 N. Skokie Blvd., Suite 610
Attn: Peter Borzak
Northbrook, IL 60062


Prabhakar Verravalli
2001 Hollywood Ct.
Hanover Park, IL 60133

Pugasa, E.
9 Willow Brook
#9
Schaumburg, IL 60195


Puppala, Ramana
75 Kristen Circle
#504
Schaumburg, IL 60195


Puppala, Ramana
75 Kristen Circle
#508
Schaumburg, IL 60195


R. Janz
321 Charlotte Court 2
Schaumburg, IL 60193


R. McCarthy
606 S. Roselle Rd.
Schaumburg, IL 60193


R. Sandhu
2807 Davenport Dr.
West Chicago, IL 60185


R. Shrivastava
200 W. Thacker St.
Schaumburg, IL 60195


Ramana Puppala
8 Red Hill Lane
Barrington, IL 60010


Robert Richards and Jeffery Davis
Sonnenschein Nath et al.
233 S. Wacker Dr., #7800
Chicago, IL 60606


Ronald and Sylvia Rosinski
4531 E. Becker Lane
Phoenix, AZ 85028

Ronald and Sylvia Rosinski
4531 E. Becker Lane
Phoenix, AZ 85028


Rose Barnhart
11 Hickory Lane
Algonquin, IL 60102


S. Bobolis
1511 W. Birchwood
#1F
Chicago, IL 60626


S. Jadhav
6840 Redwing Dr.
Woodridge, IL 60517


S. Kwon
2718 N. Greenwood
Arlington Heights, IL 60004


S. Martins
1158 Fox Path
West Dundee, IL 60118


S. Pinto
102 Buckskin Lane
Streamwood, IL 60107


S. Surve
26899 W. Taylor
Barrington, IL 60010


Sachin Patel
11 Sandlewood Ct.
Streamwood, IL 60107


Sam Oh
21 Ridgewood Rd.
Elk Grove Village, IL 60007


Samuel Kim
2211 Mint Lane
Glenview, IL 60026

San Juan, A.
57 Eastwood
#10
Schaumburg, IL 60195


Sarojini and Naval Surve
26899 W. Taylor Rd.
Barrington, IL 60010


Scott's Lawn Service
PO Box 742585
Cincinnati, OH 45274-2585


Shil Punatar
516 Hazel Dr.
Schaumburg, IL 60159


Sun Ja Lee
34732 Cemetery Rd.
Gurnee, IL 60031


T. Berg
2500 W. Higgins Rd.
#1203
Hoffman Estates, IL 60169


T. Mendoza
706 Norwood Lane
Schaumburg, IL 60193


T. Rohde
4055 N. Southport
#1
Chicago, IL 60613


Tae Hyun Kim
821 S. California Ave.
Palatine, IL 60193


The Flag Lady Corporation
1447 Hodlmair Ln.
Elk Grove Village, IL 60007

Tom Palmer
Palmer Meltzer Purtill & Stelle
1515 W. Woodfield Rd.
Schaumburg, IL 60173


Trustee Karen Savoy
10327 N. 99th St.
Scottsdale, AZ 85258


Trustee Karen Savoy
151 Rose Dr.
Bloomingdale, IL 60108-1021


TSB Group LLC
1515 E. Woodfield Rd.
2nd Fl.
Schaumburg, IL 60173


U. Devineni
1987 Angelica Lane
Bartlett, IL 60103


Upper Cervical Center Inc.
13 W. Wise Road
Schaumburg, IL 60173


Urvish and Arati Punatar
516 Hazel Dr.
Schaumburg, IL 60159


V. Niou
1170 Forest Ave.
Palo Alto, CA 94301


V. Palani
46 Inverway
Inverness, IL 60067


V. Patel
800 Stanford Lane
Carol Stream, IL 60188

V. Villalobos
210 Penny Ave.
#A78
East Dundee, IL 60118


Venkateswar
801 Linden Circle
Hoffman Estates, IL 60169


Verma, R.
75 Kristen Circle
#518
Schaumburg, IL 60195


Vinay Patel
800 Stanford Lane
Carol Stream, IL 60188


Williston, McGibben & Kuehn
Attn: Mr. Kuehn Sr.
102 N. Cook St.
Barrington, IL 60011-0563


Yong Sup Kim
1027 W. Beagle Run Loop
Hernandez, FL 34442-6249


Yoon Heacha
33 Idlewood
#5
Schaumburg, IL 60195


Yoon, Heacha
75 Kristen Circle
#317
Schaumburg, IL 60195


Z. Baccay
1424 Essex Dr.
Hoffman Estates, IL 60192


Zmuda, F.
32 Kristen Circle
#7
Schaumburg, IL 60195

Zubeda and Yakub Patel
839 Turtle Creek Ct.
Naperville, IL 60563